

FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___CH___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Joseph Jemiah Williams <br><br> Defendant. | Case No.: CR 99-664-ABC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist, CA__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __no verified background info or bail resources, new state convictions (dings) while on S.R.__

1
2
3
4       and/or
5  B.   ( )   The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on: _____
10      _____
11      _____
12      _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:   9/23/13
18
19                                       _____
20                                       UNITES STATES MAGISTRATE JUDGE